# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-1055
LT Case No. 2019-10751-CIDL

_____

STATE FARM FLORIDA
INSURANCE COMPANY,

    Appellant,

    v.

GLENN BROSNAN and LUCILLE
BROSNAN,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Bretton C. Albrecht, of Kubicki Draper, P.A., Fort Lauderdale, for
Appellant.

Mark A. Nation, and Paul W. Pritchard, of The Nation Law Firm,
Longwood, for Appellees.

August 20, 2024

PER CURIAM.

    AFFIRMED.

JAY, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____